**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose O. RODRIGUEZ, Defendant—
Appellant.**

**No. 01–30307.**

**D.C. No. CR–01–00038–a–JWS.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 30, 2002.

Before BROWNING, KOZINSKI and BERZON, Circuit Judges.

MEMORANDUM **

Jose O. Rodriguez appeals his conviction and the 198–month sentence imposed following his guilty plea conviction for conspiracy in relation to cocaine trafficking, in violation of 21 U.S.C. § 846, and unlawful reentry of an alien previously deported following an aggravated felony conviction, in violation of 8 U.S.C. § 1326(a)(1) and (b)(2).

We reject as meritless Rodriguez's contention that his appeal waiver violates public policy. It is well-settled in this circuit that plea agreements such as the one made here do not offend public policy. *United States v. Navarro–Botello,* 912 F.2d 318, 321 (9th Cir.1990). Thus, Rodriguez's waiver of the right to appeal his conviction and sentence is valid, see *United States v. Torres,* 999 F.2d 376, 378 (9th Cir.1993) (per curiam) (upholding appeal waiver where there was no breach of plea agreement), and the appeal is

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.